MO# 27505 ... 4
27784710224 = $2.00   402 PAID

PLAINTIFF: SEAN SHSLLOW P.O.BOX. 61884 VIRGINIA BEACH, VA 23466

DEFENDANT(S): (1) NATION ACTION NETWORK AL SHARPTON HOUSE JUSTICE 106 W. 145 STREET NEW YORK, NY 10039

(2) UNITED STATES ATTORNEY GENERALTHE UNITED STATES MAIN JUSTICE BUILDING 10TH & CONSTITUTION AVE, NW WASHINGTON, D.C. 20530

(3) SYLVIA MARLENE SHALLOW 49 CROWN STREET APT 18H BROOKLYN, NY 11225

(4) MAPLE BAY TOWNHOUSE 356 S. CHESIRE CT VIRGINIA BEACH, VA 2345

(5) PEMBROKE TOWN CENTER APARTMENT 4616 BROAD STREET, VIRGINIA BEACH, VA 23462 (6) CSL PLASMA DEVINTA SMITH 5957 E VIRGINIA BEACH BLVD SUITE 1 NORFOLK VA 23502

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DIVISION NORFOLK

SEAN SHALLOW

     PLAINTIFF(S)          CASE#

    V.                JURY TRIAL ONLY

UNITED STATES - BILL BARR, OFFICER PAGANO, IRS, NEW YORK CHILD SUPPORT ENFORCEMENT, NORFOLK POLICE DEPT, OFFICER WEEBEE SHERIFF DEPT VIRGININA BEACH, JAMES HUNT DANIEL DAVIS ARLINGTON DEA.

CSL PLASMA / CSL BEHRING – DEVINTA SMITH

NATIONAL ACTION NETWORK - AL SHARPTON

SYLVIA MARLENE SHALLOW AKA HOPE, JOYCE, THE WITCH

PEMBROKE TOWN CENTER APARTMENT

MAPLE BAY et, al.

     DEFENDANT(S)

CLEAR & CONCISE STATEMENT: THIS LAW SUIT IS BROUGHT UNDER 28 USC 1331 JURISDICTION, 28 USC 2674 FEDERAL TORT CLAIM ACT INTENTIONAL / NEGLIGENCE / RECKLESS TORT.FOR ATTEMPTED MURDER, ARBITRARY ARREST WRONGFUL SEIZURE OF PERSON AND PROPERTY, BODILY INJURIES, DFORMATION; SLANDER PER SE LAOTHSOME DISEASE & CRIMINAL ACTIVITY, EMBEZZLEMENT, HACKING, WIRETAPING, INTENTIONAL ATTEMPTED OF TRANSMITTING A DEADLY DISEASE THREATS OF BODILY HARM DAMAGING

1

PRIVATE PROPERTY WITNESSES & VICTIM TAMPERING .WORK PLACE VIOLENCE, HARASSMENT, STALKING, BANK FRAUD TORTFEASOR CRIMINAL AND CIVIL ACTS. PRIVATE NUISANCE TORT / CONTRIBUTORY NEGLIGENCE / ACTUAL CAUSE.

FTCA: (DEFENDANT(S) 1. OWED TO THE PLAINTIFF A DUTY OF CARE, 2.THE DEFENDANT(S) BREACH THEIR DUTY OF CARE (3).THE PLAINTIFF SUFFER PHYSICAL INJURIES INJURIE, PROPERTY DAMANGE & PROPERTY LOSS (4).BECAUSE OF THE DDEFENDAN(S) INTETIONAL – NEGLIGENCE - RECKLESS ACT(S) / BREACH OF DUTY).

PRIVATE NUISANCE (2) THE DEFENDANT(S) ACT CAUSED AN INTERFERANCE WITH THE PLAINTIFF USE AND ENJOYMENT WITH HIS PRIVATE PROPERTY SUV 1999 JEEP CHEROKEE, BANKING ACCOUNT, INTERRUPTED MEDICAL CARE AND STRIP HIS LIABILITIES FREEDOM.

THE DEFENDANT(S) TOOK AN OATH TO DEFEND & SUPPORT THE U.S. CONSTITUTION & UPHOLD ALL LAWS. 8TH AMENDMENT RIGHTS EQUAL PROTECTION UNDER THE LAW INSTEAD THE DEFENDANT(S) BREACH THEIR CARE OF DUTY, WENT ROGUE IN DISGUISE AND COMMITTED CRIMINAL ACTS AGAINST THE PLAINTIFF SEAN SHALLOW ATTEMPTED MURDER 187 BECAUSE HE IS A HETEROSEXUAL, DISEASE FREE, BLACK MAN, WHO REFUSED TO JOIN THE.THEM.

AS PREVIOUSLY THE PLAINTIFF'S SEAN SHALLOW COMPLAINTS STATED THESE FACT AND ARGUMENTS BUT THE DEFENDANT(S) NEED TO BE TREATED AS KINDERGARTEN STUDENTS AND HAVE IT WRITEN OUT AND LABEL FOR THEM.(WITHSTANDING A 12(b)(6)&(1) MOTION.

.INTRODUCTION:

AS A LAYMAN LET ME RELAY TO THIS HONORABLE COURT THE EXTEND OF DEVIOUS MALICOUS INTENT OF THE AND DEFENDANT(S).

1. APPROXIMATELY IN THE MONTH OF SEPETEMBER 2020 THE PLAINTIFF SEAN SHALLOW WAS OUT SHOPING FOR PROPS FOR HIS MUSIC VIDEO CONTROVERSY Q&A, SEE KNIFE IN VIDEO dirty version:Link: https://d.tube/#!/v/realbigmula01/QmdNHvJqkb7ufHJpvpnBxRYQ7BjxD1QLdawGc9eBLtVxRY. WHILE WAITING IN LINE TO PAY FOR THE KNIFE AT DOLLAR TREE 5900 E VIRGINIA BEACH BLVD VA 23502, A PREGNANT  DARK SKIN BLACK WOMAN APPARENTLY WAS TRYING TO WALK INTO THE KNIFE IN THE PLAINTIFF SEAN SHALLOW'S HAND,  HE RESPOBDED BY STATING "YOU DO KNOW I HAVE A BIG KNIFE IN MY HAND" HER REPLY WAS MY HUSBAND HAS A BIG GUN, THE PLAINTIFF MOVED AWAY FROM HER AND LAUGHED, HE COULDN'T BELIEVE WHAT HAD JUST TRANSPIRED.

2. APPROXIMATELY THE END OF JUNE BEGINNING OF JULY SYLVIA MARLENE SHALLOW AKA JOYCE, HOPE , THE WITCH HAD HER PEOPLE HAND THE PLAINTIFF SEAN SHALLOW A FRAUDULENT DOCUMENT FOR CHILD SUPPORT ENFORCEMENT 219 BI-WEEKLY,  HE LAUGH AND TOLD KATANA HALL THAT  IS A FAKE DOCUMENT HE SEAN SHALLOW HAVE NO CHILDREN AND IT WAS EVEN INVESTIGATED BY A FEDERAL COURT INVESTIGATOR. HE  LATER STATED DO NOT PUT THAT FRAUDULENT DOCUMENT IN HIS MAIL BOX. A LIGHT SKIN BLACK MALE GOING BY THE NAME DEVINTA SMITH CLAIMING TO BE HOMOSEXUAL, MONOSEXUAL, GAY,LGBTQ+ MALE WITH HIV AKA THE NINJA, OUT SIDE THE BUILDING 5759 E VIRGINIA BEACH BLVD SHOKE HIS HEAD YES, TO MEAN HE WILL PUT IT IN THE PLAINTIFF MAIL BOX 61884 WHICH HE DID  AND GESTURED TO THE PLAINTIFF WITH INTENT TO IN SITE VIOLENCE, THE PLAINTIFF LATER UNDERSTOOD HE WAS THERE TO CAUSE TROUBLE AND TRY TO GET SEAN SHALLOW TO MURDER HIM. SYLVIA MARLENE SHALLOW LATER SENT MESSAGE TO THE PLAINTIFF "SHE NEEDS THAT MONEY TO PAY HER BILLS". THE PLAINTIFF HEARD THIS SAME STATEMENT FROM KIM A BLACK WOMAN AT INOVA BUT IT WAS SAID FOR ALLEGEDLY NATALIE SCALLON.

3. WHITE MALE LIVING AT PEMBROKE TOWN CENTER DRIVING NOW TRUCK LICENSE PLATE VDY 7859, HE CLAIM HE IS THE PERSON HACKING THE PLAINTIFF DEVICE, TO INCLUDE  INTERCEPTED THE PLAINTIFF TAX RETURN STATE AND FEDERAL APPROXIMATELY 1200 USD.AND  HELPING HACKING THE PLAINTIFF ELECTRONICAL DEVICE TO STEAL MONEY FROM HIS BANK ACCOUNTS. HE LIKE DEVINTA SMAITH  WANTS THE PLAINTIFF TO RETALIATE AND  MURDER HIM HE IS A GAY HOMOSEXUAL MONOSEXUAL WHITE MALE ALLEGEDLY HIV AKA THE NINJA POSITIVE. HE FIRST WANTED TO HAVE SEX WITH THE PLAINTIFF SEAN SHALLOW A HETEROSEXUAL DISEASE FREE MAN. QUOTE JON WEST LAWN SERVICE DO NOT HAVE SEX WITH HIM.  SEAN SHALLOW SWEAR UNDER THE PENALTY OF PURJURY THAT HE DO NOT AND WILL NEVER HAVE ANY SEXUAL RELATIONSHIP WITH A MAN TO INCULDE TRANSGENDER, HOMO OR BI-SEXUAL MAN OR BOY /s/ SEAN SHALLOW.

4. AS SEAN SHALLOW THE PLAINTIFF WAS INORM "THEY ARE USING HIS NAME & CREDENTIALS TO DO ALL THOSE HEINOUS ACTS.  HE IS BEING BLAME FOR THEM. THE PLAINTIFF HAD NOTHING TO DO WITH SEPTEMBER 11TH 2011 WORLD TRADE CENTER BOMBING, SAME FOR THE BOSTON MARITHON, FABRICATING TERRORIST ATTACKS AND TAKING AMERICA INTO A WAR FOR 20 YEARS, NOR SELLING ILLEGAL DRUGS VIA BIG PHARMA, EMPTYING OUT THE SURPLUS OF THE TREASURY AND CREATING A 28 TRILLION USD DEBT AND OR BLOWING THE.LEVIES IN NEW

ORLEANS ETC..I SEAN SHALLOW SWEAR UNDER THE PENALTY OF PERJURY THAT THESE STATEMENTS ARE TRUE AND ACCURATE AND I'M OF SOUND BODY AND MIND, NO MENTHAL ISSUES OR IS NOT ON ANY PSYCHOTIC OR ILLEGAL DRUGS. /s/ SEAN SHALLOW.

PRIMA FACIE COMPLAINT

COUNT 1A. ON MAY 2ND 2020 APPROXIMATELY 10 PM SEAN SHALLOW THE PLAINTIFF WAS RIDING HIS BICYCLE HEADING TO THE OCEAN FRONT VIRGINIA BEACH, ABOUT 5 SECONDS PASS THE KWIKY MART GAS STATION AT 935 VIRGINIA BEACH BLVD ALMOST TO COLONY DR, A FRONT BREAKS WAS ACTIVATED, CAUSING THE BIKE TO ENDO TOSSING SEAN SHALLOW OFF AND OVER THE HANDLE BARS HEAD FIRST. HIS SURVIVAL INSTINCT KICKED IN AND HE USED HIS RIGHT HAND TO TAKE THE INITIAL BLOW LIFTING HIS NECK AND HEAD AND TAKING THE REST OF THE PREMEDITATED FALL WITH HIS LEFT SIDE SHOULDER.. SEAN SHALLOW THEN ROLL TO HIS BACK LAYING ON THE GROUND FOR A MOMENT, A BLACK MALE DRESSED AND ACTING LGBTQ+ GAY HOMOSEXUAL RAN ACROSS THE STREET OUT OF THE DARK, LIKE HE WAS WAITING AND HOPING SEAN SHALLOW WAS BADLY INJURED OR MURDERED. SAME. SAID PERSON APPROCHED SEAN SHALLOW, HE LEAN OVER HIS BODY AND ASK ARE YOU OKAY TO SEE IF HE WAS DEAD OR UNCONSCIOUS. SEAN SHALLOW THEN GOT UP AND REALIZED WHAT HAD JUST HAPPEN, THE PLAINTIFF SEAN SHALLOW USED VILE LANGUAGE, MOVE THE BLEEP AWAY FROM ME, HE THEN HEADED OUT TO THE OCEAN FRONT TO GO ENJOY THE VIEW OF BEAUTIFUL WHITE WOMEN. AFTER SEAN SHSLLOW LEFT THE OCEAN FRONT STILL IN PAIN FINGER BUSTED, RIGHT EYE SWOLLEN, EXTREME SHOULDRE AND RIB PAIN, HE STOPED AT THE TRAILER PARK LOCATED ACROSS BIRDNECK RD ON THE RIGHT HAND SIDE HEADING TO GARY AVE, LATIN MUSIC WAS PLAYING, SO HE STOP TO SEE WHAT WAS GOING ON, WE ALL KNOW SEAN SHALLOW IS A FAN OF THE SLIM LATINAS AND WHITE WOMEN. HE HANG OUT FOR ABOUT 1 HOUR VIBING WITH THE LATINS WATCHING THE SLIM BEAUTIFUL CHICKAS DANCE, BUT THEN THINGS WENT BAD A LATIN DUDE HIT ON SEAN SHALLOW, HE ASKED HIM FOR HIS PHONE NUMBER AND HIS NAME IN SPANISH, SEAN SHALLOW ANSWERED IN SPANGLISH QUOTE CHIKAS ONLY THE OTHER TWO.LATINO DUDES STARTED LAUGHING AT THE LATINO DUDE WHO GOT OUT OF PLACE. HITTING ON A HETEROSEXUAL MAN. THE PLAINTIFF SEAN SHALLOW KNEW THE BIKE SPILL WAS NOT AN ACCIDENT, BUT A.PREMEDITATED ATTEMPT TO BREAK HIS NECK, TO KEEP HIM.FROM.RELEASNG A.SONG CONTROVERSY Q&A. THE SAME BREAKS WAS ACTIVATED A SECOND TIME. MONTHS LATER ON A RAINY NIGHT AT A POOL OF WATER ON VILLAGE DR.AND ENGLISH CT, A WHITE MAN COMING OUT FROM MAPLE BAY ACTIVATED THE BREAKS ON THE FRONT WHEEL, HE FELL IN THE POOL OF WATER ACUMILATED ON THE SIDE WALK FROM THE DELUGE OF

RAIN FALL. WHEN THE PLAINTIFF WORK UP THE NEXT MORNING HIS CAR WAS
BROKEN INTO AND THE ONLY ITEM FROM HIS OVER THE SHUOULDER BAG THAT
WAS DESTROYED, WAS, THE ORIGINAL VERSION OF THE SONG CONTROVERSY
Q&A. THIS VERSION IS NOT A FRIENDLY VERSION TO THE LGBTQ+. SO IT WAS
WET DOWN AND DESTROYED TO KEEP THE PLAINTIFF FROM REMIXING AND
RELEASING THE SONG. THE GAY MAFIA MOST LIKELY LEAD BY SYLVIA
MARLENE SHALLOW WITH ERIC, SHAWN CARTER, AL SHARPTON ETC. HAS MADE
A 10 THOUSAND USD DOLLAR OFFER FOR THE (INTENTIONAL RECKESS
TORTFEASOR PREMEDITATED ATTEMPTED MURDER & BODILY INJURIES). QUOTE
A BLACK LGBTQ+ FEMALE YOLANDA AT CSL PLASMA "YOU WILL BE FILING
THIA LAW SUIT FOR 10,000 USD ONLY, MOST LIKELY SHE WAS TOLD TO SAY
THAT BY SYLVIA MARLENE SHALLOW ALIAS HOPE THE WITCH JOYCE & JOY.

COUNT 1B. ON JUNE 15TH 2021 THE PLAINTIFF SEAN SHALLOW WAS RIDING HIS
BIKE TOWARDS VILLAGE DRIVE WHERE HIS SUV JEEP WAS PARK. AT THE
CORNER OF PHILLIP AVE BEFORE HE REACH VILLAGE ROAD A BURGANDY
COLOR HONDA ACCORD DRIVEN BY A WHITE WOMAN TRIED TO RUN INTO THE
PLAINTIFF SEAN SHALLOW AIMING TO BREAK HIS KNEE, TO KEEP HIM FROM
REPORTING TO WORK ON 16TH JUNE 2020 AT CSL PLASMA, POLICE REPORT WAS
MADE. ABOUT 30 MINUITS PRIOR A WHITE MALE USED A REMOTE TO BLOW HIS
BIKE SEAT BASE WHERE THE SEAT POLL IS INSERTED INTO THE BIKE FRAME
WITH CONTROL EXPLOSSIVE. IT IS SAFE TO SAY THAT ALL THE DEFENDANT'S
DRIVE HONDAS LINK TO TRINIADAD AND TOBAGO KEVIN, LINK TO
PANAMANIAN VOODOO PREIST SMITH PANAMANIAN JESSICA FROM.HIGH
SCHOOL AND MRS. CHIN FROM 72ND STREET MEDICAL AND THEY ARE.ALL THE
SAME, TEAM TRYING TO GET THE PLAINTIFF SEAN SHALLOW TO RETURN TO
NEW YORK AND LIVE WITH SYLVIA MARLENE SHALLOW SO SHE COULD
CONTINUE TO POSE AS GOD( INFORM THE PRESIDENT WHAT TO DO, APPOINT
FEDERAL JUDGES ETC., LET ME REPEAT THAT AGAIN USED THE PLAINTIFF
NAME, CREDENTIALS, AND POWER TO INFORM THE PRESIDENT OF WHICH
JUDGES ARE TO BE APPOINTED IN FEDERAL DISTRICT COURT) AND CLAIM SHE
HAS TO DO EVERYTHING FOR THE PLAINTIFF BECAUSE HE CAN'T READ WHICH
IS SLANDER PER SE.

COUNT IC. ON JUNE 26TH 2021 THE PLAINTIFF SUV WAS PARK ON VILLAGE ROAD
ACROSS THE STREET FROM MAPLE BAY LEASING OFFICE. THE PLAINTIFF NET
SPEND CARD WAS USED ILLEGALLY THAT NIGHT, HE WAS UPSET AND VENTING,
IT WASN'T THE FIRST TIME NOR WAS IT THE LAST TIME HIS BANK CARD WAS
USED ILEGALLY. NET SPEND LUCK THE CARD WHICH MEANS HE COULDN'T USE
IT TO PROMOTE THE SONG CONTROVERSY Q&A. THE PLAINTIFF LEFT RIDING ON
HIS BIKE & WENT TO THE KWIKY MART / GAS STATION TINEE GIANT ON
VIRGINIA BEACH BLVD, HE PURCHASE A FEW ITEMS TO DRINK A RIP ENERGY
DRINK AND AN EARTHQUAKE BEER ( THE DEFENDANT(S) WOULD NOT SELL THE
PLAINTIFF ALCOHOL BECAUSE THEY CLAIM THEY WERE GIVING HIM PREP, PEP

& OR ART MEDICATION, IT TURN OUT TO BE A LIE THEY WERE GIVING HIM ANTIHISTAMINE AND NONE ALCOHOL BEVERAGES SO THEY COCTAIL OF ILLEGAL ANTI PSYCHOTIC DRUGS AND EXCESSIVE FEMALE HORMONES WILL NOT BE FLUSH OUT THE PLAINTIFF SYSTEM.

THAT DAY THE STRANGE WHITE MEN THAT WAS WATCHING WHAT THE PLAINTIFF SEAN SHALLOW WAS PURCHASING PRIOR TO JUNE 26TH 2021 DELIVERED A SPECIAL GIFT IN THE EARTHQUAKE BEER CAN, INSTEAD OF THE REGULAR ANTIHISTAMINES WTH A SUBSTANCE THAT YOU HAVE TO EAT TO FEEL THE EUPHORIC FEELING LIKE ALCOHOL ( CODE NAME PRESCRIPTION EXTASY).THE PLAINTIFF WAS GIVEN A SUBSTANCE TO REVERSE DAMAGE DONE TO A VEIN ON HIS PENIS. SEAN SHALLOW WAS PRESCRIBED IN YEAR 2012  A LOTION / CREAM BY DR. LONGO  ALLEGEDLY WITH THE FBI, TO REMOVE A MARK PUT ON HIS HEAD. SEAN SHALLOW WAS HANDLING HIS MANLY LATE NIGHT LETS CALL IT MILKING HIS THIRD LEG / JERKING OFF, HE USED THE CREAM A FEW TIMES BUT A SPECIAL AGENT ALLEGEDLY STANLEY MOST LIKELY DIRECTED BY SYLVIA MARLENE SHALLOW HOPE, THE WITCH, JOYCE BROKE INTO THE PLAINTIFF APARTMENT AND POISON THE CREAM WITH CHEMOTHERAPY DRUGS, PRIOR TO THAT NIGHT. (THIS WAS DISCLOSED / CONFESSED BY DANA RICE – BROWN'S TEAM). THEY WERE TRYING TO MAKE THE PLAINTIFF PENIS FLACCID BY HARDEN HIS MAIN PENIS VEIN, THEY MISS AND GOT THE SMALL LEFT SIDE VEIN.

ANYWAY THAT DAY SEAN SHALLOW FROM EITHER CDC&P WORLD HEALTH ORGANIZATION & OR NIH; SOME INTELLIGENT HUMAN HIGH UP FROM THE WHITE HOUSE ETC.ALLEGEDLY ORDERED THE DELIVERY OF THAT GIFT IN THE EARTHQUAKE VEER CAN, AFTER SEEING THE PLAINTIFF SOCIAL MEDIA POST. OFFICER PAGANO TALL WHITE MALE, LINK TO SPECIAL AGENT ERIC, SPECIAL AGENT DERRICK HALL, A WHITE FEMALE WORKING IN PEMBROKE TOWN CENTER DRIVING SUV WITH LICENSE PLATE UTD 9818 WRONGFULLY SEIZED THE PLAINTIFF MEDICATION TO REVERSE THE DAMAGE, HE DICARD IT THEN WRONGFULLY SEIZED THE PLAINTIFF PERSON. – ARBITARY ARREST (GENERAL COURT CASE # GC21005450-00 & APPEAL DISTRICT COURT CASE # CR21-1357) & 20 USD WAS STOLEN AND GIVEN TO A YOUNG INDIAN BOY ON A BIKE TO GIVE TO THE SAME  WHITE FEMALE DRIVING THE GREY HONDA PILOT SUV LICENSE PLATE UTD 9818 WORKING AT PEMBROKE TOWN CENTER, OFFICER PAGANO AND 2 UNIDENTIFIED MEN ALONE WITH MAPLE BAY LEASING OFFICE EMPLOYEES AT THE TIME WHERE INVOLVE WITH THE ATTEMPTED ENTRAPMENT AND WRONGFUL SEIZUE OF THE PLAINTIFF SEAN SHALLOW PERSON AND PROPERTY-QUESTION DID OFFICER PAGANO (ALLEGED RANER – FBI – SPECIAL AGENT – NORFOLK POLICE, IN VIRGINIA BEACH POLICE UNIFORM), KNOW THAT THE SUBSTANCE SEAN SHALLOW WAS DRINKING WILL REVESE THE DAMAGE TO HIS PENIS AND STOP ALL SLANDER PER SE LAOTHSOME DISEASE OF GENITAL WARTS?). WHILE HE WAS WRONGFULLY ARRESTED AND HIS LIBERTIES TAKEN

AWAY, AROUND 12 PM A BLACK MALE CAME INTO THE CELL, THE PLAINTIFF WAS LAYING DOWN BUT NOT ASLEEP, QUESTION WAS THAT BLACK MALE SENT TO INJECT THE PLAINTIFF WITH A DEADLY OR DANGEROUS DISEASE HIV, HERPES 2 OR GENITAL WART THINKING HE WAS ASLEEP.

SAME NIGHT WHILE THE PLAINTIFF WAS WRONGFULLY SEIZED - ARBITRARY ARREST , A DEPUTY SHERIFF WHITE MALE WITH THE NAME WEEBEE SLANDERED THE PLATIFF PER SE QUOTE HE COULD BE LIVING WITH HIS GRANDMOTHER SYLVIA MARLENE SHALLOW, WHICH WILL MAKE HIS FATHER RIP GOD A CHILD MOLESTER AND IMPREGNATED A 13 YEAR OLD GIRL CARLA DEBORAH SHALLOW FAITH WHO HAVE DENIED ALL OF THESE ACCUSATIONS. MAKING OFFICER WEEBEE COMMENTS SLANDER PER SE IMPOSSIBLE WHOPPER..

AFTER THE PLAINTIFF WAS RELEASE WITH HIS NOW FLIPPED ELECTRONIC DEVICES TWO TABLETS AND CELL PHONE, HE HAD NO BATTERY LIFE IN HIS PHONE UNABLE TO CALL FOR A RIDE HAVING TO WALK FROM NIMMO PKWY TO VILLAGE ROAD. A SUBSTANCE THAT WAS ILLEGAL PUT ON HIS FOOT WEAR CAUSE DAMAGE TO THE INSIDE OF HIS FOOT. SEE EXHIBITS. AL SHARPTON HAD THE PLAINTIFF FALSELY ARRESTED WRONGFUL SEIZURE OF PERSON 4TH AMENDMENT VIOLATION IN FAIRFAX, VA. SAME AL SHARPTON HAD A BLACK MALE CLAIMING TO BE A RANGER IN TRINIDAD WORKING WITH THE PLAINTIFF THE LAB MANAGER RODNEY INFORM THE PLAINTIFF SEAN SHALLOW THAT SAGE WITH OTHER MEN WANTED TO HAVE SEXUAL RELATIONS WITH THE PLAINTIFF, AL SHARPTON ALSO GOT IN THE MEDIA URGING CONGRESS TO APPOVE LORETTA LYNCH AS ATTORNEY GENERAL TO HELP COVER UP AND FRAME THE PLAINTIFF SEAN SHALLOW. AL SHARPTON ALSO TRIED STRONG ARMING THE PLAINTIFF CLAIMING NAN NEEDS HALF THE MONEY HE WILL BE AWARDED, BUT SAME PEOPLE AL SHARPTON, SHAWN CARTER LINKED TO NAN ARE THE PEOPLE HELPING FRAME AND SETTING UP THE PLAINTIFF SEAN SHALLOW.

COUNT 1D. ON MAY 26 - 30TH 2021 A BLACK MALE WAS ON THE SECOND FLOOR BALCONY APARTMENT AT PEMBROKE TOWN CENTER 4616 BUILDING, HE WAS TALKING LIKE A THUG GANGSTER AND DIRECTING THREATS TOWARDS THE PLAINTIFF SEAN SHALLOW, WHEN THE PLAINTIFF RETURN HIS BACK PASSENGER TIRE WAS SLASHED AT THE LETTER N AND LETTER P. THE SECOND TIME THE PERSON WAS A WHITE MALE HIDING BEHIND THE WINDOW SHADE SHOWING ONE EYE, HE THREATEN THE PLAINTIFF, SEAN SHALLOW THEN WALK AWAY FROM HIS LEGALLY PARK SUV. WHEN THE PLAINTIFF RETURN 2 OF HIS SUV TIRES ON THE PASSENGER SIDE WAS SLASH. THE LOCAL LAW ENFORCEMENT WAS CALLED & A POLICE REPORT WAS FILED. ALLEGEDLY GREY HONDA PILOT SUV LICENCE PLATE UTD 9818 WHITE FEMALE HAD HER PEOPLE COMMIT THE CRIME OF DESTRUCTION OF PRIVATE PROPERTY AND MAKING VIOLENT THREATS. QUESTION IS THIS WOMAN HIV AKA NINJA POSITIVE AS

TOLD BY CALVIN BROADUS AND LANY ANDERSON REAL TV AND SHE WAS SENT TO TRY AND INTENTIONALLY INFECT THE PLAINTIFF?

COUNT 1E. ON JUNE 16TH 2021 SEAN SHALLOW THE PLAINTIFF STARTED WORKING FOR CSL PLASMA AS A FULL TIME.PHLEB, SALARY 15.60 HOURLY. AFTER HIS FIRST CHECK A FRAUDULENT DOCMENT WAS PRESENTED TO HM BY CENTER DIRECTOR JAMAICAN KATANA HALL, 219 USD BI-WEEKLY GANISHMENT OF HIS PAY CHECK FOR ERIC SON AHMANI, SINCE THEN SYLVIA MARLENE SHALLOW HOPE JOYCE THE WITCH HAS SENT MESSAGE TO THE PLAINTIFF SEAN SHALLOW "SHE NEEDS THAT MONEY TO PAY HER BILLS". (HER BILLS ARE NOT SEAN SHALLOW PROBLEM NOR DID HE AUTORIZE HER TO EMVEZZLE / STEAL ANY OF HIS MONEY). BECAUSE THIS MONEY IS BEING TAKEN BEFORE SEAN SHALLOW THE PLAINTIFF RECEIVE IT, THIS IS EMBEZZLEMENT AND BREACH OF CONTRACT.

WE SEE AGAIN A PATTERN SYLIVIA MARLENE SHALLOW SENDING HER PEOPLE ON A MISSION TO RECRUIT THE PLAINTIFF, IN HER HOMOSEXUA, BI-SEXUAL & DISEASE TEAM OR GROUP. WHEN ALL ATTEMPTS FAILED SHE HAD DEVINTA SMITH LIGHT SKIN BLACK MALE LONG BEARD, HOMOSEXUAL GAY MONOSEXUAL MAN, SET UP A WORK PLACE VIOLENCE ENTRAPMENT SITUATION THAT FAILED. A BLACK MALE POSSING AS A DONOR ASSULTED THE PLAINTIFF SEAN SHALLOW WHILE HE WAS PERFORMING HIS JOB DUTIES ON OCTOBER 19TH 2021. SEAN SHALLOW WAS THEN PUT ON SUSPENSION, NORFOLK POLICE DEPT FILED TO PRESS CHARGES EVEN THOU THE PLAINTIFF REQUESTED THE INFORMATION AND SUBPOENA THE VIDEO FOOTAGE CASE #CR21-1357 &  POLICE REPORT # 21119001313. 8 DAYS OF PAY SEAN SHALLOW LOST BECAUSE OF THE DEFENDANT(S) TORTFEASOR ACT. ALLEGEDLY SEAN SHALLOW  WAS KEPT ON PAY ROLL AND  MONEY WAS EMBEZZLED  TO SYLVIA MARLENE SHALLOW, UNEMPLOYMENT INSURANCE WAS APPROVED BUT NOT FOR THE 8 DAYS HE WAS OUT FROM.WORK. EVEN THOUGH AN EEOC COMPLAIN WAS FILED AND THE APPOINTMENT IS PENDING 03/20/2022, THE SITUATION AT CSL PLASMA IS BEYOUND THERE FIELD OF ENFORCEMENT. WE HAVE EMBEZZLEMENT, WORK PLACE VIOLENCE AND SEZING OF THE PLAINTIFF SIGNATRE TO USE IN FEDERAL COURT CASE 21-1989 4TH CIRCUIT COURT OF APPEAL, THE PLAINTIFF SIGNATURE WAS ILLEGALLY OBTAIN BY DEVINTA SMITH TO FILE FRAUDULENT DOCUMENTS OBSTRUCTION OF JUSTICE AND CASE TAMPERING A SUPPLEMENTAL BRIEF.

COUNT 1F. APPROXIMATELY 30TH JULY – AUGUST 3RD 2021 THE PLAINTIFF SEAN SHALLOW HAD TO VISIT UNITY HEALTH WASHINGTON D.C. TO OBTAIN A COPY OF HIS HIV SCREENING TEST WITH A COPY OF HIS HEPATITIS B THREE SHOT SERIES ADMINISTERED IN THE U.S. ARMY THAT WAS STOLEN WHILE HE WAS WORKING AT OCTAPHAMA PLASMA INC. CHESAPEAKE VA. DANIEL DAVIS WHO ADMIT HE IS ERIC'S TEAM – LINK TO HATIAN JACK - LINK TO BILL BARR

ATORNEY GENERAL AT THE TIME – LINK TO CALVIN BROADUS SUPREME OF TORTFESOR CRIMINAL ACT. DANIEL DAVIS WAS THE CENTER'S DIRECTOR, WHO WAS INVOLVE DIRECTLY AND OR INDIRECTLY WITH THE THEFT OF THOSE DOCUMENTS AGAIN LINKED TO BILL BARR ATTORNEY GENERAL, THESE DOCUMENTS WERE ALTERED AND PRESENTED / USED FOR SLANDER / LIBEL PER SE LOATHSOME DISEASE AND IN OFFICIAL PROCEEDING. AT CSL PLASMA, DEVINTA SMITH CLAIMED HE WAS LINK TO KAYLA GURTMAN A MEXICAN WOMAN LINKED TO EVA LONGARIO WHO WERE ALSO INVOLVED IN THE KIDNAPPING, HUMAN SACRIFICE AND ATTEMPTED MURDER OF THE PLAINTIFF.

23 JULY 2019. DEVINTA SMITH ALSO LINKED TO ELLIS A YOUNG SPECIAL AGENT AT FT LEWIS YEAR 1996 WITH THE PLAINTIFF WHILE HE WAS  KIDNAP, THE PLAINTIFF WAS SERVING AS A U.S. MEDIC IN THE U.S. ARMY.  DEVINTA SMITH & ELISS ALSO LINKED TO MR. MOORE A BLACK MALE CLAIMING TO BE THE PHLEBOTOMY SUPERVISOR AT SENTARA HOSPITAL, WHO OCHESTRADED BLOCKIG AND KEEPING THE PLAINTIFF FROM WORKING AT SENTARA HOSPITAL, WHILE THEY WERE IN.POSSESSION OF THE PLAINTIFF DOCUMENTS WRONGFULLY SEIZED, ON 23 JULY 2019, THEY CLAIM HIS COPIES WERE FAKE DOCUMENTS, WITH THE INTENT TO HAVE HIM.CONTACT SYLVIA MARLENE SHALLOW HOPE JOYCE THE WITCH, TO GET HIS DOCUMENTS, IT FAILED. THEY THEN TRIED TO HAVE THE PLAINTIFF CHARGE WITH MAKING FRAUDULENT DOCUMENTS. THEY VIOLATED IMMIGRATION LAWS AND 4TH AMENDMENT RIGHTS OF THE CONSTITUTION WRONGFUL SEIZEURE OF PROPERTY. WE KNOW HAITIAN JACK LINK.TO.ERIC WAS INVOLVED WITH THESE THEFT BUT IS QUENCY AKA QUE – DEVINTA SMITH WHO WANTED TO BECOME SUPREME OF THAT TEAM LINKED TO QANON WHO TRY TO OVER TAKE THE U.S. CAPITAL ON JAN 6TH 2020 TO APPOINT DONALD J. TRUMP AS U.S. PRESIDENT FOR A SECOND TERM? (MESSAGE SENT OVER THE MEDIA AIRWAY TO THE PLAINTIFF – STOP THE STEAL. DEVINTA SMITH WHO DISCLOSED HE IS HIV POSITIVE AKA THE NINJA WITH A JORDAN V. WERE TRYING TO RECRUIT THE PLAINTIFF TO JOIN THEM OR THAT TEAM,  QUOTE HIV MEDICATION IS JUST A FEW PILLS A DAY LIKE ITS AN ALLERGIC REACTION THAT IS CURE WITH ANTIHISTAMINE. SAME SAID TEAM OR GROUP WOULD HAVE PEOPLE CLOSING PUBLIC BATHROOMS IN VIRGINIA BEACH TO STOP THE PLAINTIFF FROM WASHING HIS DISH AFTER EATING, CLAIMING HE WAS GOING INTO THE PUBLIC REST ROOM TO TAKE HIV MEDICATION, THE PLAINTIFF IS HIV AND DISEASE FREE. Q&A IS SEAN MCWEN AKA JOE LINKED TO BILL BARR REWARDED VIA SON OF SAM LAW WITH HIS NAME BEING ON JOES KIWKY MARTS FOR HIS ROLE IN IN THE OCTARPHAMA PLASMA INC TORTFEASOR CRIMES?

COUNT 1G. ON JANUARY 16TH THE PLAINTIFF PURCHASE A BATTERY FOR HIS CAR AT WAL-MART VIRGINIA BEACH LOCATION WHERE THEY POISION FOOD ITEMS AND SOLD IT TO THE PLAINTIFF, THEN CLAIM HE WAS SHOP LIFTING WHEN HE WASN'T SLANDER PER SE CRIMINAL ACTIVITY. SAME LOCTAION A

WHITE MALE TRY TO ENTRANP THE PLINTIFF IN AN ARGUMENT, HE WAS THEN.FOLLOWED AND A GUN BANISHED ON HIM, KEPVILLE POLICE DEPT ALLEGEDLY COVERED IT UP.

ANY WAY JANUARY 16TH 2022 THE PLAINTIFF RETURN A CAR BATTERY NOT USED, A WHITE MALE DOING RETURNS EVEN WITH THE BAR CODES AND SERIAL NIMBER MATCHING ON THE RECEIPT AND BATTERY REFUSED TO REFUND THE BATTERY,  INSTEAD TRIED TO WALK AWAY WITH THE PLAINTIFF RECEIPT TO CHANGE IT WITH ANOTHER RECEIPT, SO HE WOULDN'T BE ABLE TO RETURN THE BATTERY AND MAY EVEN BE CHARGE WITH A FALSIFY CRIME.

 JANUARY 17TH 2022 THE PLAINTIFF WOODFOREST ACCOUNT WAS CHARGE 10 USD LIKE THE MONTH BEFORE AND LIKE PREVIOUSLY. IT IS AN ONGOING STEALING OF THE PLAINTIFF MONEY BY SYLVIA MARLENE SHALLOW TEAM OR GROUP, ALTHOUGH MOST OF THE MONEY WAS CREDITED BACK HE HAS A CHARGE OF INTERNATIONAL FEES & NOT EVEN THE BANK MANAGER KNOWS WHY HE IS BEING CHARGE THOSE FEES, VIA CASH APP AND PAYPAL OR FROM.COMPANIES LOCATED IN AMERICA. HE KNOW NEW YORK ERIC TEAM THAT HAD A FEW SUPREME CHANGE CALVIN.BROADUS AL SHARPTON NOT SURE ABOUT SHAWN CARTER WAS TRYING TO BLOCK TWO AUDIO  MUSIC SONGS AND MUSIC VIDEOS OF THE PLAINTIFF BIG MULA FROM.BEING PROMOTED (1). Video: https://youtu.be/0cR3qSdrSH8 Audio: https://soundcloud.com/user-940501080/get-vaccinated-punkers?utm_campaign=social_sharing&utm_source=mobi&utm_terms=pfy_plays_part_2.contr ol 2). https://m.youtube.com/watch?v=7oxXRmVA7ns clean version – dirty version https://d.tube/#!/v/realbigmula01/QmdNHvJqkb7ufHJpvpnBxRYQ7BjxD1QLdawGc9eBLtVxR Y TO HELP SPEARD THE WORD ON GETTING VACCINATED FOR COVID 19 AND PROMOTE 2 ELECTION WINNERS GLEN YOUNGKIN & NOT ERIC ADAM ALLEGEDLY APPOINTED BY SYLVIA MARLENE SHALLOW ERICS TEAM.

ARGUMENT

COUNT 1A PART (1) : HERE WE HAVE A CLEAR VIOLATION OF THE EIGHT AMENDMENT CRUEL AND UNUSAL PUNISHMENT, BECAUSE THE PLAINTIFF SEAN SHALLOW REFUSED TO BE INTENTIONALLY INFECTED WITH A DEADLY OR DANGEROUS DISEASE HERPES 2, GENITAL WARTS, HIV AKA THE NINJA, AND HEPATITIS C.HE REFUSED TO JOIN A GROUP OR TEAM THAT PRACTICE HOMOSEXUAL- GAY -.MONSEXUAL, BEASTIALITY, PEDIPHIA, CONVERSION THERAPY AND INCEST BEHAVIOR. WE SEE THE DEFENDANT(S) YET AGAIN PLOTED AND CARRIED OUT ATTEMPTED MURDER, 18 USC 1113. TO QUOTE THE DEFENDANT(S) THEY DON'T WANT HIM TO BE THE SUCCESSOR OF HIS FATHER AS GOD BECAUSE HE IS NOT GAY). THERE IS AN ON GONG PLOT OF DESTROYING AMERICA AND BRINGING IN A NEW WORLD ORDER, OF BI-SEXUAL HOMOSEXUAL GAY PEDIPHILIA RACIST AGENDA, NEW CURRENCY NORTH AMERICAN UNION AND LEGALIZED HARD ILLEGAL DRUG USE AND THE SALE OF HERON & COCAIN. WE KNOW AL SHARPTON WHO IS NOW THE SUPREME OF ERIC

TEAMS BEFORE HIM CALVIN BROADUS  WHO HAS.BEEN IN THE CENTER OF A
LOT OF THE PLAITIFF OBSTUCLES, AL SHARPTON STOOD IN FRONT OF THE
WORLD &  LET THE WORLD KNOW HE MET WITH BAYARD RUSTIN AT AGE 13
WHO GAVE HIM.HIS START AS A CIVIL RIGHT ACTIVIST. WE KNOW SAME SAID
TEAM HAD A HAND IN THE PLAINTIFF NUMEROUS ATTEMPTED INTENTIONALLY
TRYING TO INFECT HIM.WITH HIV AKA THE NINJA IN DENVER COLORADO IN 1996
WHILE HE WAS SERVING THE UNITED STATES AS A MEDIC, THE DEFENDANT(S)
FAILED SO HE WAS INJURED VIA A PLAN CAR FILP BY DAVID TAYLOR
,DISCLOSED / CONFESS BY SYLVIA MARLENE SHALLOW AKA HOPE JOYCE THE
WITCH. AL SHATPTON SHAWN. CARTER CALVIN BROADUS ERIC AS THEY LIKE
TO CLAIM OUR GOD REFERRING TO HER. THERE WAS THEN AN ATTEMPTED
MURDER PLOT BY ERIC TEAM / GROUP WITH DERRICK HALL AND BROWN.

 BECAUSE THERE WERE A FEW FEDERAL CIVIL CASE ACTIVELY /  ON GOING AT
THE TIME OF THE DEFENDANT(S) TORTFEASOR CRIMNAL ACT OF CRUEL &
UNUSUAL PUNISHMENT EIGHT AMENDMENT VIOLATION & 18 USC 1113 WITNESS
& VICTIM TAMPERING OCCURRED 18 USC 1512&1513, 1733 SCOPE EMBRACED
TWO TYPES OF CONDUCT THREATS TO RETALIATE AND ATTEMPTS TO
RETALIATE IN THIS CASE WE HAVE THE ACTUAL RETALIATION.

COUNT 1A PART (2). TO QUOTE THE DEFENDANT(S) WE HAVE OUR PEOPLE
EVERYWHERE,  FOOD LION LOCATED AT 4848  VIRGINIA BEACH BLVD VIRGINIA
BEACH VA 23462 THERE IS A FEMALE WEARING THE NAME TAYOR CLAIMS TO BE
OF THE TEAM OR GROUP OF DAVID TAYLOR, AT TARGET FIRST COLONIEL RD
VIRGINIA BEACH 23451 THERE IS A WHITE SLIM FEMALE CLAIMING TO BE OF
BROWN TEAM LIKE DANA RICE AT INOVA UROLOGY, AT THE SEVEN ELEVEN
LOCATED AT  325 KELLAM RD VIRGINIA BEACH VA 23462 THERE WAS A BLACK
MALE CLAIMING TO BE A MEMBER OF BARBER'S TEAM WHO SWITCH THE
PLAINTIFF 5TH URINE TEST IN FT LEWIS, WHILE HE WAS KIDNAPPED AS A U.S.
ARMY MEDIC TO COVER UP ACCESSORY AFTER THE FACT 18 USC 3 DERRICK
HALL & BROWN CRIMES. A FATISH LOOK PACIC ISLANDER ETHNICITY DRIVING
HUNDYI ELANTRA LICENSE PLATE URY 5397 WORKING AT PEMBROKE TOWN
CENTEE APARTMENT, CLAIMING TO BE LINK TO D.J. FUNK FLEX WHO A FEW
YEARS PRIOR WAS ON SOCIAL MEDIA BRAGGING THE CAMERA AND CHIP
ILLEGALLY IMPLANTED IN THE PLAINTIFF SEAN SHALLOW IS HIS MOST LIKELY
HE IS TALKING IN THIRD PERSON FOR SYLVIA MARLENE SHALLOW HOPE THE
WITCH JOYCE.

COUNT 1B. HERE WE HAVE AGAIN ATTEMPTED 8TH AMENDMENT RIGHTS
VIOLATION CRUEL AND UNUSUAL PUNISHMENT AND USE OF CONTROL
EXPLOSIVES WHICH COULD OF CAUSE SERIOUS INJURY TO THE PLAINTIFF. 18
USC 249. REMEMBER WHEN READING THIS THAT SAME SAID TEAM IS TRYING TO
MOUNT A CAMPAIGN AGAINST WHITE HUMANS AND PROMOTE RACISM AND A
RACE WAR REVENGE FOR THE 1960'S  INACCURSTE HISTORY ACCOUNTS OF THE

CIVL RIGHTS MOVEMENT. I SWEAR UNDER THE PENALTY OF PERJURY THAT THIS IS TRUE AND ACCURATE AND I SEAN SHALLOW IS OF SOUND MIND AND BODY, MATTER A FACT THE DEFEDANT(S) DISCLOSED / CONFESS THIS IS WHAT THEY WANT TO DO. /s/ SEAN SHALLOW. THE GIMMICK IS TO KEEP HEAT OFF OF HOMOSEXUALITY GAY MOMOSEXUAL PEOPLE. THE DEFENDANT(S) HOPE, FAITH, THERESA, GEE, ERIC, SHAWN CARTER, CALVIN BROADUS WHO CLAIMED THE ATTORNEY GENERAL'S ARE THEIRS USED ANONYMITY AND ALIAS TO INSTILL FEAR INTO OTHER HUMANS IN THE WORLD / AMERICAN SYSTEM BY MAKING THEM.THINK IF THEY ARE DOING THESE THINGS TO GOD SON NOW GOD THEN WHAT WILL THEY DO TO THEM FOR NOT COMPLYING WITH THEIR WILL.

COUNT 1C PART (1). & 1G THE DEFENDANT(S) ACTIONS ARE A VIOLAGION OF FEDERAL LAW 18 USC 2113. THE DEFENDANT(S) DEVINTA SMITH AND WHITE MALE RESIDING AT PEMBROKE TOWN CENTER APARTMENT BUILDING 4616 NOW DRIVING A WHITE PICK UP TRUCK LICENSE PLATE VDY 7859 HAVE DISCLOSED / CONFESS ALONG WITH A BLACK MALE JORDAN V. AT CSL PLASMA TO THE HACKING AND FRAUDULENT THEFT / EMBEZZLEMENT OF THE PLAINTIFF MONEY VIA THE PLAINTIFF BANK ACCOUNT NET SPEND, WOOD FOREST BANK IRS, AND NEW YORK.CHILD SUPPORT ENFORCEMENT.( TALL BLACK MALE WORKING AT WOODFOREST BANK FIRST COLONIAL RD WALMART BRANCHED, HAS INFORM.THE PLAINTIFF AFTER RETURNING A FEW OF THE WRONGFULL CHARGES TO HIS CHECKING ACCOUNT THAT THE OTHER FEES LIKE INTERNATIONAL FEE FROM A COMPANY BASE IN AMERICA OR THE USE OF CASH APP OR PAYPAL SHOULD NOT CHARGE HIS BANK ACCOUNT THOSE FEE'S. OR RETURN MAIL FEE AND HIS ADDRESS IS CORRECT.IN THE BANK DATA BASE. DEVITA SMITH EVEN DISCLOSED / CONFESS HE TAMPERED WITH THE PLAINTIFF CAR INSURANCE PAYMENT WHICH THEY HAVE THE INSURANCE POLICE INFORMATION FROM 23 JULY 2019 WRONGFUL SEIZURE OF PROPERTY. THE DEFENDANT(S) WILL THEN TRY TO INSITE A VIOLENT RESPONSE FROM.THE PLAINTIFF SEAN SHALLOW TO ENTRAP HIM INTO A VIOLENT CRIME CLAIMING THEY WANT HIM.TO MURDER THEM ( THEY WANT HM OUT OF THE WAY SO SYLVIA MARLENE SHALLOW HOPE JOYCE ETC. CAN CONTINUE WITH THEIR ONE WORLD ORDER GAY AGENDA AND WORLD UNIONS.

IN COUNT 1G WE SEE THE SAME BEHAVIOR OF ENTRAPMENT TO ORCHESTRATED FALSE ARREST WRONGFUL SEZIURE OF PERSON 4TH AMENDMENT VIOLATION AND ARBITRARY ARREST.

COUNT 1C PART (2). 18 USC 1518 WE HAVE THE DEFENDANT(S) NOT ONLY OBSTRUCTING AN ONGING HEALTH CARE INVESTGATION BUT SINCE YEAR 2018 STARTING IN ALEXANDRIA, INJECT THE PLAINTIFF SEAN SHALLOW PENIS WITH SILICONE, DAMAGING HIS PENIS WITH A SUBSTANCE PUT IN WATER, DISCLOSED / CONFESS BY BROWN TEAM MEMBER DANA RICE, ALLEGEDLY ALL PEOPLE LINKED TO JOYCE HOPE THE WITCH SYLVIA MARLENE SHALLOW. THE

DEFENDANT(S) TO INCLUDE WHITE MALE GOING BY THE NAME OFFICER PAGANO, WHITE FEMALE DRIVING HONDA PILOT LICENSE PLATE UTD 9818, WHITE FEMALE IN GOLD MERCURY CAR IN ARLINGTON, ASSAULTING THE PLAINTIFF WITH A DEADLY WEAPON SYRINGES, THEIR EXCUSE IT WAS THE DRUG PEP WHICH THE PLAINTIFF DO NOT AND HOPEFULLY WILL NEVER NEED. WE ALSO HAVE 4TH AMENDMENT RIGHTS VIOLATION WRONGFULL SEIZURE OF PERSON ARBITRARY ARREST AND WRONGFUL SEZIURE OF PROPERTY. THEN FLIPING THE ELECTRONIC DEVICES HARDWARE (TAKING HIS GIVING HIM TAP DEVICES). EXCESIVE SURVEILLANCE / STALKING 18 USC 2261A AND ILLEGAL WIRE TAPPING 18 USC 2511. THE DEFENDANTS ALSO USED WALKIE TALKIE AT CSL PLASMA TO RECORD ALTER AND USED HIS WORDS IN OFFICIAL PROCEDURES. EXAMPLE OF ONE OF THE PLAINTIFF  WORDS RECORDED BY JON WEST SIDE LAWN  - WHO IS LINKED TO THE WHITE FEMALE DRIVING HONDA PILOT UTD 1898 PEMBROKE TOWN CENTER, IT SAID (ALLEGEDLY SHE WAS GIVING ILLEGAL CHEMICAL SUBSTANCE TO PUT ON THE LAWNS THE PLAINTIFF WAS MOWING WHILE WORKING WITH JON WEST LAWN SERVICE. THE SUBSTANCE WAS SO THE PLAINTIFF WILL BE BREATHING IN THESE CHEMICAL SUBSTANCE REASON UNKNOWN).

 ANYWAY EXAMPLE OF MISS USED RECORDING AND ALTERED WORDS OF THE PLAINTIFF, THE NEW GEORGIA STATE VOTING LAW ELECTION INTEGRITY ACT IS THE OPPOSITE OF WHAT THE PLAINTIFF STATED VOTERS IN ALL 50TY STATES OF UNITED STATES SHOULD BE ABLE TO DO (GET TIME OFF FROM.WORK GO TO THE VOTING POLLS TAKE FRIENDS AND FAMILY TURN IT INTO A TAIL GATE PARTY DRINK SMOKE AND VOTE, ALSO AMERICAN HUMANS SHOULD NOT HAVE TO WORRY ABOUT TRAFFIC LIGHT CAMERAS RAISING THEIR INSURANCE AND MESSING UP THEIR DRIVERS LICENSE, INSTEAD WE SEE NOT ONLY THEY TURNED OFF CAMERAS ARE TURN BACK ON BUT MORE ARE BEING ADDED VIA THE FAILED BROKEN WINDOW STUDY AND ABOUT TEN FAKE ACCIDENTS WERE STAGE AT VIRGINIA BEACH BLVD AND INDEPENDENT RD BY ALLEGED POLICE IN PLAIN CLOTHES.

COUNT 1C PART (3). PERSONAL INJURIES LACERATION TO THE PLAINTIFFS FOOT THEFT OF 20 USD TO BE USED IN DEVIL WORSHIPING VOODOO CEREMONY 1ST AMENDMENT RIGHTS VIOLATION RELIGIOUS FREEDOM ( CEREMONY IS CALL TYING YOUR MONEY – MEANING THE PEROSN CAN LINK THEIR SUCCESS OR FAILURE TO YOU AND GET BLESSING OFF YOUR BLESSING).

COUNT 1C PART (4). 42 USC 1985(3) IF 2 OR MORE GO IN DISGUISE TO DEPRIVE EITHER DIRECTLY OR INDIRECTY EQUAL PRIVILIEGES UNDER LAW :WE SEE HERE THE  MAPLE BAY LEASING OFFICE EMPLOYEES, OFFICER PAGANO – RANGER – SPECIAL AGENT – FBI AGENT – SUFFOLK POLICE – DEA, NAVY, ARMY & WHO,  (THEY CLAIMING TO BE EMPLOYED BY  ALL THESE AGENCIES) THE INDIAN BOY ON A BIKE ALLEGEDLY THE TWENTY USD WAS GIVEN TO, OFFICER

PAGANO AND THE WHITE FEMALE  GREY HONDA PILOT LICENSE PLATE UTD 9818, WHO IS SAID TO BE LINK TO A LATINA FEMALE THE PLAINTIFF HAD INTERCOURSE WITH IN COLUMBIA YEAR 2012 -  LINKED TO REAL TV HOST ADRIENNE ELIZA HOUGHTON – ADRIENNE BAILON.

**JURISDICTION: FEDERAL STATUTE OR CONSTITUTIONAL QUESTION** PART (1). Q&A. DID THE DEFENDANT(S) ALSO HAVE ONSTAR REACTIVATED OR MOVE WHERE THE DEVICES WERE LOCATED ON THE PLAINTIFF PRIVATELY OWN JEEP CHEROKEE THAT NIGHT OF ARBITRARY ARRSST WRONGFULL SEIZURE OF PERSON FALSE ARREST: TO BE ABLE TO CONTINUE PHYSICALLY ASSAULTING THE PLAINTIFF AT NIGHT.

PART (2). Q&A IS IT THE WHITE FEMALE DRIVING GREY PILOT UTD 9818 LICENSE PLATE, OR WAS IT THE WHITE FEMALE WITH THE WHITE MALE DRIVING TRUCK LICENSE PLATE VDY 7859 ASSAULTING THE PLAINTIFF AT NIGHT WITH A DEADLY OR DANGEROUS WEAPON SYRINGE (INJECTIONS IN HIS PENIS FORESKIN & BOTTOM OF HIS PENIS AT THE END OF HIS PENIS HEAD WITH SILICONE AND OTHER SUBSTANCES?

PART (3). Q&A  WAS THE DEVICE PLACE ON HIS SUV JEEP CHEROKEE WHILE WORKING WITH JON WEST LAWN SERVICE.18 USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

 WE SEE HERE THE PLAINTIFF WAS DEPRIVE HIS RIGHTS FOR BEING THE VICTIM OF FIVE CRIMES, CREDIT CARD FRAUD AN A  PREMEDITATED ATTEMPT TO COVER IT UP,  BODILY INJURY & SLANDER PER SE LOATHSOME DISEASE TO THE PLAINTIFF'S  PENIS, SEIZURE OF PERSON AND PROPERTY, WIRE TAPING, 1ST AMENDMENT RIGHTS VIOLATION IMPOSING DEVIL WORSHPING PRACTICES ON THE PLAINTIFF AND THEFT 20 USD.. QUALIFY IMMUNITY DOES NOT APPLY TO THE DEFENDANT(S). EVEN A JUNIOR HIGH SCHOOL STUDENT WOULD KNOW NOT TO COMMIT THESE ACT. SEE CASE PEARSON V. CALLAHAN. 555 US 223 THE DEFENDANT (S) CONDUCT VIOLATED THE PLAINTIFF'S RIGHTS CONSTITUTIONAL RIGHTS AND BROKE THE LAW 18 USC 3.. HARLOW V. FITZGERALD 457 U.S. 800 (1982) IN THIS CASE WE SEE THE AGENTS / POLICE ARE ROGUE ON A ROGUE MISSION THESE ACTION ARE NOT WITHIN THE SCOPE OF THEIR JOB(S).

**JURISDICTION : AS A LAYMAN AFTER READING THE UNITED STATES CONSTITUTION, WHERE DOES IT MENTION THAT INDIVIDUAL STATES ARE AUTHORIZED TO HAVE THERE OWN CONGRESS AND MAKE STATE LAWS? STATES MEN IN THE UNITED STATES CONSTITUTION MEANS U.S. CONGRESS REPS MAN & WOMAN FROM EACH STATE!  DRINKING A LEGAL BEVERAGE IS NOT A CRME, BEING OUT IN PUBLIC IS NOT A CRIME, ANY LAWS TO THIS EFFECT WILL BE UNCONSTITUTIONAL. SAME AS INDIVIDUAL STATES CREATING LAWS TO DENY WOMEN'S RIGHT & LIBERTIES OPPOSITE OF OR REVERSING ROE V. WADE.**

COUNT 1D ARGUMENT. APART FROM HARASSING AND LEADING ON THE PLAINTIFF IN A SEXUAL WAY WHITE FEMALE DRIVING GREY HONDA PILOT LICENSE PLATE UTD 9818, WORKING AT PEMBROKE TOWN CENTER WHO IS SAID TO BE LINKED TO REAL TV SHOW HOST ADREANE WHO IS LINK TO LATINA FEMALE THE PLAINTIFF HAD SEX WITH IN THE COUNTRY COLUMBIA 2 JULY 2012, WHO IS TO BE SPECIAL AGENT FROM.MARYLAND. ANYWAY WE SEE THREATS OF BADILY HARM.THEN DESTRUCTION OF PRIVATE PROPERTY. IF THAT FEMALE IS ILL WITH HIV AKA THE NINJA OR HERPES 2, IT IS CLEAR HER INTENTION WERE TO INTENTIONALLY INFECT THE PLAINTIFF SEAN SHALLOW WITH A DEADLY OR DANGEROUS DISEASE.

PRIVATE NUISANCE TORTFEASOR  PEMBROKE TOWN APARTMENT CENTER WAS USED TO FACILITATE THE HACKERS AND THE MEN WHO THREATEN BODILY HARM TO THE PLAINTIFF, DEMANDING HE MOVE HIS CAR OFF BROAD ST WHERE PEMBROKE TOWN CENTER APARTMENTS LOCATED. WE SEE THE SAME CONDUCT ALLEGEDLY FROM PEOPLE LINK TO SAME SAID WHITE FEMALE AT MAPLE BAY AND ON LAUREL LA WHERE THE PLAINTIFF SUV WAS.PARK AND VANDALIZED WITH SPRAY PAINT, ACROSS THE STREET WHERE PEOPLE RESIDE IN HOUSE NUMBER 1646, THE WHITE MALE WOULD COME OUT AND WHAT THE PLAINTIFF PERCEIVED AS HITTING / COMING ON TO HIM. THEY ARE ALLEGEDLY LINKED TO SAME SAID WHITE FEMALE DRIVING GREY PILOT HONDA SUV LICENCE PLATE UTD 9818.

COUNT 1E. ARGUMENT: PART (1). AT CSL PLASMA NORFOLK JOB SEAN SHALLOW THE PLAINTIFF WAS PUT IN A SITUATION OF WITNESS AND VICTIM TAMPERING. 18 USC 1512 & 1513. THE PERSON TASKED TO TRAIN HIM FOR PLASMA DONATION DEVINTA SMITH LIGHT SKIN  BLACK MALE – EITHER A SPECIAL AGENT CLAIMING TO BE A RANGER AND OR FBI REQUESTING SEAN SHALLOW MAKE HIM SUPREME OF QUINCY / IWAR TEAM. HE WAS SENT BY SYLVIA MARLENE SHALLOW HOPE JOYCE THE WITCH LINKED TO MEXICAN KAYLA GURTMAN – EVE LONGARIO. IT WAS APPARENT THAT DEVINTA SMITH WITH OTHER WERE IN COMMUNICATION WITH SYLVIA -HOPE.. DEVINTA SMITH HIV AKA THE NINJA POSITIVE MALE MOTIVE WHERE TO RECRUIT SEAN SHALLOW TO JOIN THEIR TEAM AND CONTRACT HIV PLUS HAVE HOMOSEXUAL GAY MONOSEXUAL SEX. HE ALSO ORCHESTRATED EMBEZZLING 219 USD BI-WEEKLY BEFORE THE PLAINTIFF WAS PAID HIS SALARY. 18 USC 665 USING NEW YORK CHILD ENFORCMENT AGENCY, WE ALSO HAVE THE DEFENDANT(S) USING THE INTERNAL REVENUE SERVICE TO EMBEZZLE OR WRONGFUL SEIZURE OF PROPERTY, MONEY THAT SHOULD BE PAID TO THE PLAINTIFF SEAN SHALLOW. IT WAS APPARENT FROM A STATEMENT MADE BY A WHITE MALE GOING BY THE NAME ADAM FEDERAL JAIL TIME IS EASY TIME, IT LEAD THE PLAINTIFF SEAN SHALLOW TO ASKED IF THE MONEY HE IS REPORTING ON HIS TAX RETRUN IS

NOT THE SAME AS REPORTED TO THE IRS. THE IRS ON THE PHONE CLAIM THEY TOOK HIS TAX RETURN FOR THE STIMULUS BUT THE STIMULUS IS NONE TAXABLE INCOME. THE DEFENDANT(S) ALSO TRIED TO WRONGFULLY BILL THE PLAINTIFF FOR, THERE ILLEGAL ROGUE ACTS IN ARIZONA THE AMOUNT IS ROUGHLY THE AMOUNT NOT PAID TO HIM FOR EIGHT DAYS HE WAS WRONGFULLY SUSPENDED  DID THE DEFENDANT(S) EMBEZZLED THIS MONEY TO PAY FOR ARIZONA ILLEGAL ACTS?

PART (2).  EASTERN DIVISION NORFOLK FEDERAL DISTRICT COURT CASE WAS DISMISS CLOSED ON SYLVIA MARLENE SHALLOW ORDERS ALLEGEDLY BY DEVINTA SMITH AND A JORDAN V.CASE TAMPERING AND OBSTRUCTION OF JUSTICE, SEE APPEAL CASE NUMBER 21-1989 THE PLINTIFF WAS BEING IMPLORED TO NOT FILE AN APPEAL, WHEN HE DID DEVINTA SMITH 4TH AMENDMENT RIGHT VIOLATION WRONGFUL SEIZURE OF THE PLAINTIFF PROPERTY - SIGNATURE IDENTITY THEFT 18 USC 1028 AND USED IT TO FILE FRAUDULENT DOCUMENTS IN 4TH APPEAL CIRCUIT COURT, HE DISCLOSED / CONFESS IT WAS HIM THAT COMMITTED THESE CRIMES.

PART (3).  DEVINTA SMITH THEN SET UP AND TRIED TO ENTRAP 645 JACOBSON V. UNITED STATES , 503 U.S. 540, 548 (1992) THE PLAINTIFF IN A VIOLENT CRIME WORK PLACE VIOLENCE, BY HAVING AN ALLEGED TEAM MEMBER OF THEIRS POSE AS A DONOR AND ASSAULTED THE PLAINTIFF, HE WAS THEN SUSPENDED FOR EIGHT DAYS, AT WHICH TIME HE WASN'T PAID FOR THISE 8 DAYS. WE SEE THIS TYPE OF BEHAVIOR A PATTERN SINCE YEAR 1994 (WHERE THE PLAINTIFF SEAN SHALLOW IS VIOLENTLY ATTACK AND THEN AN ATTEMPTED FRAMING AND SET UP TO COVER IT UP. 18 USC 3. (WE HEARD DONALD TRUMP WHILE IN THE WHITE HOUSE FABRICATING A STORY OF THE PLAINTIFF SEAN SHALLOW BEING PARDON FOR DERRICK HALL ATTEMPTED MURDER AND BROWN PYSICAL ASSAULT 3 BODY SLAM OF THE PLAINTIFF SEAN SHALLOW ON A MILITARY BASE FT. CARSON. TITLE VII PROHIBITE HARASSMENT BASE ON SEX, SEXUAL IDENTITY / ORIENTATION. THE PLAINTIFF IS  HETEROSEXUAL & RACE BLACK MAN & WORK PLACE VIOLENCE IS ALSO PROHIBITED OSH ACT 1970 GENERAL DUTY CLAUSE 29 USC 654.  ALLEGEDLY THE PLAINTIFF SEAN SHALLOW PAY WAS ALSO EMBEZZLED BY DEVINTA SMITH, UNEMPLOYMENT INSURANCE APPROVED HIS CASE BUT NOT FOR THE 8 DAYS HE WASN'T PAY. AS DEVINTA SMITH DISCLOSED CONFESS OCTARPHAMA PLASMA INC. UNEMPLOYMENT INSURANCE WAS APPROVED BUT THE PLAINTIFF HASN'T BEEN PAID ANY MONEY FROM VEC WHICH MAKES IT THE SECOND TIME ACCESSORY AFTER THE FACT HAS HAPPEN VIA VIRGINIA UNEMPLOYMENT INSURANCE. 18 USC 3.

THE PLAINTIFF ALREADY HAVE SYLVIA MARLENE SHALLOW HOPE JOYCE DISCLOSURE / CONFESSION THAT MONEY IS BEING EMBEZZLED AND HE IS NOT BEING PAID WHAT IS OWED. WE HAVE DONALD TRUMP IN THE WHITE HOUSE

VIA MEDIA NEWS BREIFING, TRYING TO HELP COVER UP THE EMBEZZELMENT ACCESSORY AFTER THE FACT.

**JURISDICTION FEDERAL QUESTION IS THE IRS RECEIVING INFORMATION OF MONEY BEING PAID TO THE PLAINTIFF THAT HE IS NOT RECEIVING? TAX EVASION SECTION 7201 OF INTERNAL REVENUE CODE.** SEE EXHIBITS

COUNT 1E PART (4). AS MENTION PREVIOUSLY DEVITA SMITH WHO IS LINKED TO A MR. MOORE SENTARA HOSPITAL EMP!OYEMENT SCAM WITH WHITE MALE RESIDING IN PEMBROKE TOWN CENTER DRIVING WHITE PICK UP TRUCK LICENSE PLATE VDY 7856 LINKED TO ELLIS - LINKED TO PERRY AHJODA – LINKED TO REGGIE NOBALE WITH A BLACK WOMAN GOING BY THE NAME PAM JAY AT CSL PLASMA NORFOLK DEFAME THE PLAINTIFF CHARACTER SLANDER PER SE CRIMINAL ACTIVITY & VIOLATED FEDERAL IMIGRATION LAWS CLAIMING THE COPIES OF HIS IDENTIFICATION WRONGFULLY SEIZED BY ALLEGEDLY DEA NEW YORK EX- SPECIAL AGENT IN CHARGER JAMES HUNT & ATTORNEY GENERAL BILL BARR WITH SYLVIA MARLENE SHALLOW & KEMPVILLE OR STATE POLICE  ON THE NIGHT OF 23 JULY 2019 ARE FAKE. HE MADE THEM. SAME SAID IDENTIFICATION & NUMBERS THAT THE PLAINTIFF ENLISTED AND SERVED THE UNITED STATES AS A U.S. MEDIC. PAYS HIS FEDERAL STATE AND LOCAL INCOME TAX WITH & THE DEFENDANT(S) USES SAME SAID NUMBERS TO EMBEZZLED MONEY VIA UNITED STATES AGENCIES.

**JURISDICTION FEDERAL STATURE QUESTION IS THE PLAINTIFF A PERMANENT RESIDENT OR WAS HE BORN IN THE UNITED STATES OF AMERICA? YOU  AN ASK THE UNITED STATES PRESIDENT JOE BIDEN TIS QUESTION SERIOUSLY.**

COUNT 1F PART (1). YEAR 2019-2020 SEAN SHSLLOW THE PLAINTIFF HAD LAB RESULT FROM HIS MEDICAL HISTORY STOLEN AT 1935 S. MILITARY HGWY CHESAPEAKE VA. 1.AN HIV NEGATIVE TEST WITH NEGATIVE HEPATITIS C TEST T.B NEGATIVE TEST AND HIS MILITARY HEPATITIS B VACCINE SHOT RECORDS. ALLEGEDLY DANIEL DAVIS, KAYLA GURTMAN, SEAN MCWEN AKA JOE, QUESHAWNA, ZAC, NATE DAWG, LEVI & KAYSEE ETC. ARE LINKED TO ATTORNEY GENERAL BILL BARR, CALVIN BRAODUS AKA SNOOP DOGG, HATIAN JACK, JAMES HUNT, AFRICAN WRIGHT WITH KEMPVILLE 4TH POLICE PRECICENT ALL UNDER SYLVIA MARLENE SHALLOW. ITS APPARENT THAT THEY WRONGFUL SEIZED 4TH AMENDMENT RIGHTS VIOLATION OF THE PLAINTIFF WALLET AND BAG OF DOCUMENTS TO GET HIS MEDICAL LAB HISTORY RESULT TO HELP IN THE FRAMING AND SET UP OF CLAIMING HE IS PATIENT ZERO AND EVERYONE CONTRACTED HIV, GENITAL WARTS , HERPES 2, HEPATITIS B & C AND OR SYPHILISI FROM HIM. ACCESSORY AFTER THE FACT 18 USC 3

COUNT 1F PART (2). WE SEE A PATTERN OF CRIMINAL ACTS AGAINST THE PLAINTIFF WITH THE INTENT TO RECRUIT HIM WITH THIS TEAM / GROUP

CALLING THEMSELVES DIRTY DOZEN / GAY MAFIA. THEIR ACTS EVEN WENT AS FAR AS IN APPROXIMATELY OCTOBER 2021 AT 1000 FIRST COLONIAL RD BEACH DENTAL AT A DENTIST APPOINTMENT, THE PLAINTIFF SEAN SHALLOW WAS TRYING TO REPAIR HIS TOOTH BROKEN WHEN HE WAS.KIDNAPPED WENT THROUGH A HUMAN SACRIFICE RITUAL, ILLEGAL TORTURE DEVICES IMPLANTED IN HIS BODY, AFTER HE WAS ALLEGEDLY RESUSCITATED AFTER HE FLAT LINED DIED. AT THIS DENTAL APPOINTMENT THE DEFENDANT(S) WHO KEPT HARASSING THE PLAINTIFF TO JOIN THEM, REMOVED HIS CRAZY GLUED WILLFULLY BROKEN IMPLAT TOOTH THEN  GRIND IT DOWN AT NIGHT VIA BREAKING AND ENTERING INTO HIS SUV WHILE HE SLEPT. APPARENTLY THIS IS A SIGN OF BEING A PART OF THAT TEAM / GROUP, MISSING NUMBER 9 TOOTH OR A GAP BETWEEN THEIR TOOTH. ( THE PLAINTIFF ANSWER IS NO NEVER EVER WILL HE JOINT THEM AND THEY CAN GO VILE LANGUAGE THEMSELVES. ANY WAY THE DEFENDANT(S) OCHESTRATED AND PREVENDED THE PLAINTIFF SEAN SHALLOW FROM GETTING MEDICAL.CARE. THEY PUT ADRENALINE ON THE BLOOD PRESSURE CUFF TWICE SO THAT THE PLAINTIFF'S BLOOD PRESSURE WILL SPIKE, WHEN HE TOLD THEM.WHAT THEY WERE DOING THEIR SOLUTION WAS TO SEEK.MEDICAL ATTENTION FOR A.FAKE.MEDICAL CONDITION IN ORDER TO GIVE HIM FAKE HYPERTENSION MEDS WHICH WILL BE A COCKTAIL OF FEMALE DRUGS. THE DEFENDANT(S) DISCLOSED / CONFESS THAT THIS WAS DONE BY A BLACK WOMAN GOING BY THE NAME PAM JAY WITH DEVINTA SMITH ALL CLAIMING TO BE SYLVIA MARLENE SHALLOW HOPE JOYCE.

## DEMAND(S) : STATING A CLAIM(S) THAT CAN BE MADE MONEY AND JUSTICE. MAX 10 MILLION USD

(1) FOR THE ARBITRARY AREST WRONGFUL SEIZURES OF PERSON, PROPERTY, PERSONAL INJURIES.AND SLANDER PER SE - THE PLAINTIFF ASK FOR 5 MILLION USD IN PUNITIVE  DAMAGE. DISCLAIMER SINCE THE DEFENDANT(S) ARE IN DISGUISE AFTER THE UNITED STATES ATTORNEY GENERAL IS SERVED FOR THE DEFENDANT(S) AS PER FRCP 4 ( THE UNITED STATES ATTORNEY GENERAL OFFICE JUST HAVE TO ENTER ON COURT RECORDS  THAT QUALIFY IMMUNITY DOESN'T APPLY TO THESE ROGUE DEFENDANT(S), GIVE THEIR NNAMEIF THEY USED ALIASES AND FORWARD A COPY OF THE COMPLAINT TO EACH INDIVIDUAL AND REMOVE THE UNITED STATES FROM THE LAW SUIT.

(2) FOR THE SEIZURE OF PROPERTY LAB RESULT, WALLET AND BAG WITH DOCUMENTS THE PLAINTIFF DEMANDS 1 MILLION USD PLUS 1000 USD PER DAY THAT HIS PROPERTY IS NOT RETURN. CLOCK STATRTING ON THE DOCKETING OF THIS COMPLAINT. HE DOESN'T WANT TO SEE CALL? HE WAS NOT GIVEN AND INFORMATION WHO TO CALL BESIDE SYLVIA MARLENE SHALLOW AND THAT'S NOT HAPPENING. DISCLAIMER AFTER SERVICE HAS BEEN MADE UNITED STATES SHOULD STATE THAT THE

DEFENDANT(S) ARE ROGUE AND DO NOT HAVE QUALIFIED IMMUNITY
BILL BARR & DANIEL DAVIS.

(3) FOR THE WORK PLACE VIOLENCE, HARASSMENT & EMBEZZLEMENT
PRIVATE NUISANCE, AT CSL PLASMA THE PLAINTIFF ASK FOR 1 MILLION
USD IN PUNITIVE DAMAGES. DISCLAIMER CSL PLASMA CAN CLAIM THEY
DO NOT AND WILL NOT DEFEND PEOPLE INVOVLE IN CRIMINAL ACTIVITY
AND PROVIDE THE NAMES INVOLVE IF THE NAMES LISTED ARE ALIAS
AND INFORM THE COURT THEY WILL NOT BE DEFENDING THE
DEFENDANT(S).

(4) FOR THE ARBITRARY ARREST WRONGFUL SEIZURE OF PERSON, PROPERTY
PERSONAL INJURIES, & LOSS OF LIBERTIES & COURT APPARENCES THE
PLAINTIFF DEMAND 1 MILLION USD FROM NAN – AL SHARPTON
INVOLVEMENT. NATIONAL ACTION NETWORK CAN SAY INFORM THE
COURTS THAT THEY WILL NOT DEFEND AL SHARPTON IN CIVIL.RIGHTS
VIOLATION & REMOVE THEMSELVES.

(5) FOR THEACTUAL CAUSE - CONTRIBUTORY NEGLIGENCE / PRIVATE
NUISANCE THE PLAINTIFF DEMANDS 100,000 USD EACH FROM MAPLE BAY
AND PEMBROKE TOWN CENTER. DISCLAIMER THESE PRIVATE ENTITIES
CAN INFORM THE COURTS  THEY WILL NOT DEFEND THE PEOPLE
INVOLVE, WHO GO IN DISGUISE ON THERE PROPERTY TO COMMIT CRIMES
GIVE THE REAL NAME OF THE OFFENDERS AND REMOVE THE COMPANY.

(6) FOR THE EMBEZZLEMENT OF MONEY VIA THE IRS,  NEW YORK CHILD
SUPPORT ENFORCEMENT & CSL PLASMA THE PLAINTIFF DEMANDS 1000
USD IN PUNITIVE DAMAGES FOR EVERY 219 USD NOT PAID TO HIM BI-
WEEKLY &  THE REPAYMENT OF THE FULL AMOUNT EMBEZZLED.- AFTER
SERVICE THE UNITED STATES AGENCIES VIA·THE U.S. ATTORNEY
GENERALS OFFICE CAN IN FORM THE COURTS THEY WILL NOT BE
DEFENDING ROGUE AGENTS WHO DO NOT HAVE QUALIFIED IMMUNITY
AND  REMOVE THE UNITED STATES  AFTER THEY HAVE DENY TO DEFEND
THE PEOPLE USING THESE AGENCIES TO EMBEZZLED MONEY AND
PROVIDE THEIR NAMES AND FORWARD A COPY TO THESE DEFENDANT(S)
INVOLVE IN.CRIMINAL ACTIVITY.

(7) FOR THE INVOLVEMENT OF SYLVIA MARLENE SHALLOW AKA HOPE,
JOYCE, THE WITCH IN OCHESTRATING 99.9% OF THESE CRIMINAL
ACTIVITY THE PLAINTIFF DEMANDS 1 MILLION USD IN PUNITIVE
DAMAGES FROM HER..


DISCLAIMER BECAUSE THE DEFENDANT(S) ARE CLAIMING TO BE ALL THESE
AGENCIES (U.S. NAVY, U.S. ARMY,U.S AIRFORCE, U.S. MARINES, DOD,
DEPARTMENT OF LABOR, NEW YORK POLICE DEPARTMENT, CHESAPEAKE
POLICE DEPARTMENT, NORFOLK POLICE DEPARTMENT, KEMPVILLE 4TH
PRECINCT TACOMA, OHIO, WASHINGTON D.C PENNSYLVANIA, NEW YORK,

SUFFOLK POLICE DEPARTMENT, EMS OF VIRGINIA BEACH, WHO, FBI, RANGER, U.S. MARSHALL, NEW YORK DEA, ALEXANDRIA POLICE DEPARTMENT, ARLINGTON DEA, BUFFALO DEA, ETC. TO DISGUISE AND HIDE THE UNITED STATES ATTORNEY GENERAL WILL BE SERVED AS FRCP FOR THE ROGUE AGENTS. IF THE ATTORNEY GENERAL REMOVE THE UNITED STATES AND ITS AGENCIES VIA NO QUALIFY IMMUNITY, THEY MUST PROVIDE THE ROGUE EMPLOYEE NAMES SAME WITH THE PRIVATE BUSINESS.

RESPECTFULLY SUBMITTED,
/s/ SEAN SHALLOW
DATED: 01/28/2022

DATED 1/28/22

THE Plaintiff SWEAR /CERTIFY THAT
HE WROTE THE COMPLAINT WITHOUT ANY
HELP FROM AN ATTORNEY

SEAN SHALLOW

THERE WAS NO COVER SHEET
OR GHOST WRITING FORMS TO FOLLOW
ON MONDAY C WITH SUBPOENAS